TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-98-00655-CV

Gunther Geittmann, Appellant

v.

Susan Holsapple, Appellee

FROM THE DISTRICT COURT OF BURNET COUNTY, 33RD JUDICIAL DISTRICT

NO. 18,183, HONORABLE GUILFORD JONES, JUDGE PRESIDING 

PER CURIAM

 Appellant Gunther Geittmann and appellee Susan Holsapple have filed a Joint
Motion for Dismissal in this appeal. We grant the motion and dismiss this appeal. See Tex. R.
App. P. 42.1(a)(1).

Before Chief Justice Aboussie, Justices Kidd and Patterson

Dismissed on Joint Motion

Filed: April 8, 1999

Do Not Publish